UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )  3:09-md-02100-DRH )  )  MDL No. 2100 ) |

**This Document Relates To:**

*Wendy Agnello, et al. v. Bayer Corporation, et al.*   No. 10-cv-10909-DRH

*Lanesha Shanece Dennis v. Bayer Corporation, et al.*   No. 11-cv-12919-DRH

*Lauren Ashley Eubanks v. Bayer Corporation, et al.*   No. 10-cv-13493-DRH

*Rose Garcia v. Bayer Corporation, et al.*   No. 10-cv-10508-DRH

*Casey Levett Grayson v. Bayer Corporation, et al.*   No. 11-cv-12924-DRH

*Laquita O'Nekia Harel v. Bayer Corporation, et al.*   No. 09-cv-20046-DRH

*Jean Anna Kraus, et al. v. Bayer Corporation, et al.*   No. 11-cv-11889-DRH

*Samantha McClanahan v. Bayer Corporation, et al.*   No. 11-cv-12391-DRH

*Dionne Denae Morrise v. Bayer Corporation, et al.*   No. 11-cv-12118-DRH

**JUDGMENT IN A CIVIL CASE**

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on October 1, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                                **JUSTINE FLANAGAN,**
                                                **ACTING CLERK OF COURT**

                                                BY:  /s/*Caitlin Fischer*
                                                                  **Deputy Clerk**

Date: October 1, 2014

Digitally signed by David R. Herndon
Date: 2014.10.01 11:06:24 -05'00'

APPROVED:
        DISTRICT JUDGE
        U. S. DISTRICT COURT